CHRISTINA M. GARDNER, Respondent, *v.* ANNIE DEMBINSKY, Appellant.

*Gardner* v. *Dembinsky,* 52 App. Div. 473, affirmed.
(Submitted March 3, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

**594**                    MEMORANDA.

18, 1900, affirming a judgment in favor of plaintiff entered upon the decision of the court on trial at Special Term.

*Delos McCurdy* for appellant.

*Edward E. Sprague* and *William H. Stockwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.